NUMBER 13-99-367-CV 



COURT OF APPEALS 

THIRTEENTH DISTRICT OF TEXAS 

CORPUS CHRISTI 

____________________________________________________________________ 



H. E. BUTT GROCERY COMPANY, Appellant, 



v. 



BEATRICE L. CAGLE, Appellee. 

____________________________________________________________________ 



On appeal from the 275th District Court 

of Hidalgo County, Texas. 

____________________________________________________________________ 



O P I N I O N 

Before Justices Hinojosa, Yañez, and Chavez 

Opinion Per Curiam 



Appellant, H. E. BUTT GROCERY COMPANY, perfected an appeal from a
judgment entered by the 275th District Court of Hidalgo
County, Texas, in cause number C-3547-93-E. After the record was filed,
the parties filed a joint motion to dismiss the appeal. In the motion, the parties state
that they have now reached a settlement in this matter. The parties request that this
Court dismiss this appeal, set aside the judgment of the trial court, and assess all costs
on appeal against the party incurring such costs. 

The Court, having considered the documents on file and appellant's motion to dismiss
the appeal, is of the opinion that the motion should be granted. Appellant's motion to
dismiss is granted, and the appeal is hereby DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 31st day of March, 2000.